

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **WILLIAM CHARLES HUDSON** § | Case No. 15-90156 | |
| xxx-xx-9602 § | | |
| 1212 Pine Shadows, Nacogdoches, TX 75965 § | | |
| § | | |
| Debtor § | Chapter 7 | |
| ALAN DOYLE LUCAS § | | |
| § | | |
| § | | |
| Plaintiff § | | |
| v. § | Adversary No. 15-9005 | |
| § | | |
| WILLIAM CHARLES HUDSON § | | |
| § | | |
| § | | |
| Defendant § | | |

## ENTRY OF DEFAULT BY COURT

ON THIS DATE the Court conducted a *sua sponte* review of the file in the above-referenced adversary proceeding. The Court finds that the Complaint in this proceeding was filed on December 8, 2015, and served upon Defendant, William Charles "Willie" Hudson, on December 10, 2015. The Court further finds that such Defendant has failed to respond to the Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Accordingly,

**IT IS THEREFORE ORDERED** that default is hereby entered against Defendant, William Charles Hudson, pursuant to Federal Rule of Bankruptcy Procedure

7055(a).

**IT IS FURTHER ORDERED** that the Plaintiff, Alan D. Lucas, shall, within twenty-one (21) days of the entry of this Order, submit a motion for default judgment with supporting affidavits which meets the requirements and addresses the issues set forth in Federal Rule of Bankruptcy Procedure 7055(b)(2), as well as a proposed form of judgment for execution by the Court.

Signed on 04/06/2016

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE