IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| WILLIAM CHARLES HUDSON § | CASE NO. 15-90156 | |
| XX-XXX9602 § | | |
| 1212 PINE SHADOWS, NACOGDOCHES, TX § | CHAPTER 7 | |
| § | | |
| DEBTOR § | | |
| | | |
| ALAN DOYLE LUCAS § | | |
| Plaintiff § | | |
| § | | |
| VS. § | ADVERSARY NO. 15-9005 | |
| § | | |
| WILLIE HUDSON § | | |
| Defendant § | | |

### DECLARATION UNDER PENALTY OF PERJURY

I, Alan Doyle Lucas, declare under penalty of perjury that the foregoing is true and correct:

*1. On or about June 15, 2013, at 309 Commerce, Nacogdoches, Texas, William Charles Hudson a/k/a Willie Hudson with his hands intentionally and knowingly grabbed me about the face and neck and shook me violently and forcefully causing bodily injury. At that time, I was a disabled person as that term is defined in 22.04 (c)(3) Texas Penal Code.*

*2. William Charles Hudson a/k/a Willie Hudson is not in the military service at this time.*

Executed on May 2, 2016.

_____
Alan Doyle Lucas



EXHIBIT "A"