IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WILLIAM CHARLES HUDSON | § | CASE NO. 15-90156 |
| XX-XXX9602 | § | |
| 1212 PINE SHADOWS, NACOGDOCHES, TX | § § | CHAPTER 7 |
| DEBTOR | § | |

| | | |
|---|---|---|
| ALAN DOYLE LUCAS | § | |
| Plaintiff | § § | |
| VS. | § | ADVERSARY NO. 15-9005 |
| WILLIE HUDSON | § § | |
| Defendant | § | |

## DEFAULT JUDGMENT

Based on Defendant's failure to respond to the Complaint. THE COURT RENDERS JUDGMENT AS FOLLOWS:

Plaintiff is granted a judgment against William Charles Hudson a/k/a Willie Hudson that the claim of Plaintiff (Claim no. #17) is determined to be non-dischargeable under 523(a)(6) Bankruptcy Code.