

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **WILLIAM CHARLES HUDSON** | § | Case No. 15-90156 |
| xxx-xx-9602 | § | |
| | § | |
| Debtor | § | Chapter 7 |

| | | |
|---|---|---|
| ALAN DOYLE LUCAS | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Adversary No. 15-9005 |
| | § | |
| WILLIAM CHARLES | § | |
|    "Willie" HUDSON | § | |
| | § | |
| Defendant | § | |

### DEFAULT JUDGMENT DETERMINING
### DISCHARGEABILITY OF CONTINGENT, UNLIQUIDATED CLAIM

ON THIS DATE the Court considered the "Plaintiff's Motion for Default Judgment" filed by the Plaintiff, Alan Doyle Lucas, in the above-referenced adversary proceeding. The Court finds that an entry of default was entered against the Defendant, William Charles "Willie" Hudson, on April 6, 2016, pursuant to Federal Rule of Bankruptcy Procedure 7055(a), for his failure to appear in response to the Plaintiff's Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Upon due consideration of the default of the Defendant, the allegations admitted thereby and the Plaintiff's Declaration, the Court concludes that just cause exists for the entry of the following judgment pursuant to Federal Rule of

Bankruptcy Procedure 7055(b).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, to the degree that the Plaintiff, Alan Doyle Lucas, obtains a final, non-appealable, monetary judgment against the individual Defendant, William Charles "Willie" Hudson, in that certain state court litigation styled *Alan Doyle Lucas v. Willie Hudson*, pending before the 145th Judicial District Court in and for Nacogdoches County, Texas under cause no. C1329400, that arises from a factual finding of assault[1] or the intentional infliction of emotional distress,[2] such judgment debt, together with any ancillary monetary awards arising from that primary debt, such as exemplary damages, interest, or attorney's fees,[3] shall be deemed nondischargeable pursuant to 11 U.S.C. §523(a)(6).

Signed on 05/06/2016

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

---

[1] *See, e.g., Wise v Peterson (In re Peterson)*, 452 B.R. 203, 231 (Bankr. S.D. Tex. 2011).

[2] *See, e.g.*, *Schubert Osterrieder & Nickelson PLLC v. Bain (In re Bain)*, 436 B.R. 918, 924 (Bankr. S.D. Tex. 2010).

[3] *See, e.g.*, *Cohen v. de la Cruz,* 523 U.S. 213, 218 (1998); *Gober v. Terra + Corp. (In re Gober)*, 100 F.3d 1195, 1208 (5th Cir. 1996).